UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HDRE BUSINESS PARTNERS LTD. GROUP, LLC | CIVIL ACTION NO. 09-cv-0977 |
| VERSUS | JUDGE FOOTE |
| RARE HOSPITALITY INTERNATIONAL, INC. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

HDRE Business Partners Ltd. Group, LLC is ordered to pay RARE Hospitality International, Inc. $750,000 as attorney fees and expenses related to this litigation, based on the attorney fee provision in the lease entered between the parties. This award shall bear interest at the rate provided by 28 U.S.C. § 1961 from the date of entry of this order until paid.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27th day of May, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE